# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

| | | |
|---|---|---|
| MARK GUGLIUZZA, individ | ) | |
| | ) | |
| v. | ) | CV |
| | ) | |
| MORGAN & MORGAN, JAC | ) | |

**DISCLOSURE STATEMENT
OF PARTIES AND INTERVENORS**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| Morgan & Morgan, Jacksonville, PLLC | Defendant |
| Seth Diamond | Defendant |
| | |
| | |
| | |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| Morgan & Morgan Jacksonville Management, Inc. | Manager of Morgan & Morgan Jacksonville, PLLC |
| Jason Miller | President of Morgan & Morgan Jacksonville Management, Inc. |
| James Biggart | Vice President, Secretary, and Treasurer of Morgan & Morgan Jacksonville Management, inc. |
| | |
| | |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| NONE | |
| | |
| | |

rev. 11/2022                                                                                                                          1

|  | Seth Diamond |  |
|---|---|---|
|  |  |  |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| Mark Gugliuzza | Plaintiff | Georgia |
| Morgan & Morgan, Jacksonville, PLLC | Defendant | Florida |
| Seth Diamond | Defendant | Georgia |
|  |  |  |
|  |  |  |

03/20/2025                                                          /s/ Rachel Bramblett
Date                                                                    Signature of Attorney of Record

                                                                         Rachel Bramblett
                                                                         Printed Name

BRADLEY ARANT BOULT CUMMINGS LLP

/s/ Rachel Bramblett
Rachel Bramblett
Georgia Bar No. 896738

Promenade Tower
1230 Peachtree Street NE, 20th Floor
Atlanta, GA 30309
(404) 868-2100
rbramblett@bradley.com                                    *Counsel for Defendants*