# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| MARK GUGLIUZZA, individually and behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. |
| MORGAN & MORGAN, JACKSONVILLE PLLC, a/k/a MORGAN & MORGAN, JACKSONVILLE LLC, and SETH DIAMOND, | ) ) ) ) ) ) ) ) ) | 4:25-cv-00064-LGW-BWC |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted this __1st__ day of ___May_____, 2026.

**TATE LAW GROUP, LLC**

/s/ Mark A. Tate
Mark A. Tate
Georgia Bar No. 627450
25 Bull Street, 2nd Floor
Savannah, Georgia 31401
912-234-3030
tlgservice@tatelawgroup.com

**SAVAGE, TURNER, PINCKNEY, SAVAGE, & SPROUSE**
Brent J. Savage
Georgia Bar No. 627450
Post Office Box 10600
Savannah, Georgia 31412
(912) 231-1140
lwickline@savagelawfirm.net

*Counsel for Plaintiff*

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Justin P. Gunter*
William J. Holley, II (admitted *pro hac vice*)
Georgia Bar No. 362310
Justin P. Gunter (admitted *pro hac vice*)
Georgia Bar No. 969468
Rachel Bramblett
Georgia Bar No. 8967381230
1230 Peachtree Street NE 21st Floor
Atlanta, GA 30309
(404) 868-2100
wholley@bradley.com
jgunter@bradley.com
rbramblett@bradley.com

*Counsel for Defendants*

.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

William J. Holley, II
Justin P. Gunter
Rachel Bramblett
**BRADLEY ARANT BOULT CUMMINGS LLP**
1230 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
(404) 868-2100
wholley@bradley.com
jgunter@bradley.com
rbramblett@bradley.com

Dated __1st____ day of May, 2026.

_/s/ Mark A. Tate_____

Mark A. Tate
Georgia Bar No. 627450
TATE LAW GROUP, LLC
25 Bull Street, 2nd  Floor
Savannah, Georgia 31401 912-234-3030
tlgservice@tatelawgroup.com